

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation and SPIN MASTER, INC., a Delaware corporation,<br><br>             Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>             Defendants. | Case No. 20-cv-00628<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Judge Young B. Kim** |

## SEALED TEMPORARY RESTRAINING ORDER

THIS CAUSE being before the Court on Plaintiffs Spin Master Ltd.'s and Spin Master, Inc.'s (collectively, "Spin Master" or "Plaintiffs") *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery (the "Motion") against the defendants identified in Schedule A to the Complaint and attached hereto (the "Defendants") and using at least the e-commerce stores[1] operating under the seller aliases identified in Schedule A (the "Seller Aliases"), and this Court having heard the evidence before it hereby GRANTS Spin Master's Motion in its entirety.

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and,

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

on information and belief, have sold products bearing unauthorized copies of Spin Master's federally registered copyrighted designs (the "PAW Patrol Copyrighted Designs," including U.S. Copyright Registration Nos. VA 1-967-964, VAu 1-217-618, VA 1-967-980, VA 1-912-869, VA 1-999-428, VAu 1-294-879, VA 1-967-970, VA 1-968-054, VA 1-967-973, VA 1-967-971, VA 1-968-053) and/or using infringing and counterfeit versions of Spin Master's federally registered trademarks (the "PAW PATROL Trademarks") to residents of Illinois.   A list of the PAW PATROL Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,848,752 | PAW PATROL | For: Computer software for authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, displaying, storing and organizing text, graphics, images, audio files, video files, electronic games and electronic publications; computer software for use in searching, reviewing, purchasing and downloading electronic games and electronic publications; computer software applications for use in downloading, playing and reviewing audio, text and other digital content in the field of children's entertainment; computer game discs, computer game cartridges; pre-recorded audio and visual videos, CDs, tapes and DVDs featuring fictional characters and activities for children, movies in the field of children's entertainment, television programs in the field of children's entertainment, books in the field of children's entertainment, music and instructions for use of toys in class 009.<br><br>For: Umbrellas; luggage tags; tote bags; carry-all bags; backpacks; rucksacks; school bags; fanny packs; messenger bags; handbags; wallets and purses; athletic bags; travel bags; |

| | | |
|---|---|---|
| | | knapsacks; change purses; duffle bags; beach bags in class 018.<br><br>For: Clothing, namely, children's clothing in the nature of shorts, t-shirts, sweaters, dresses, skirts and pants, play clothing, namely, costumes for use in children's dress up play, loungewear, sleepwear and undergarments; footwear, namely, children's footwear; headgear, namely, hats, caps, head bands and earmuffs in class 025. |
| 4,675,681 | PAW PATROL | For: Paper, cardboard and goods made from these materials, namely, paper goodie bags, cardboard boxes, notebooks, sketchbooks, drawing paper, craft paper, wrapping paper and decorative paper; printed matter, namely, photographs, calendars, diaries, colouring books and sticker books; books and publications, namely, books, magazines and comic books featuring animation; arts and crafts kits, namely, arts and crafts paint kits and paint sold therewith; children's arts and crafts paper kits and accessories therefor, namely, stickers and marking stamps, fabric and wax sheets with die cut shapes and form molds for creating and decorating; arts and crafts kits containing pens, pencils, crayons, markers, notebooks and sketchbooks, wrapping paper, decorative paper, stickers, glue, tape, stencils, paint brushes, drawing templates and rulers in class 016. |
| 4,614,743 | PAW PATROL | For: Toys, games and playthings, namely, dolls and accessories therefor, action figures, action figure play sets, character figures and toy animal figures, character figure and toy animal figure play sets, toy figurines, toy pets and accessories therefor, plush toys, toy vehicles, children's multiple activity toys, |

children's multiple activity toys featuring interactive activities and digital applications, toy building sets, educational toys, ride-on toys, construction toys, parlour games, puzzles, role-playing games, card games, board games, interactive board games, action skill games, action target games, electronic hand-held games for use with external display screen or monitor and electronic action toys in class 028.

For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on-going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, providing podcasts in the field of children's entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; entertainment services, namely, providing temporary use of non-downloadable interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041

| 5,087,871 | TRACKER | For: Dolls; Plastic character toys; Play figures; Playsets for toy figures; Rubber character toys; Toy animals and accessories therefor; Toy figures in class 028. |
|---|---|---|
| 4,932,184 | EVEREST | For: Dolls; Plastic character toys; Play figures; Playsets for toy figures; Plush toys; Rubber character toys; Toy animals and accessories therefor; Toy figures in class 028. |
| 4,792,695 | ZUMA | For: toys, games and playthings, namely, dolls, toy animals, plush animals, and accessories for all the foregoing in class 028. |
| 4,779,749 | SKYE | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,779,748 | ROCKY | For: toys, game and playthings, namely, dolls, toy animals, plush animals, and accessories for all the foregoing; all the foregoing relating to an animated television series, and not relating to the sport of boxing, or a movie or character relating to the sport of boxing in class 028. |
| 4,779,747 | CHASE | For: Toys, games and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,779,746 | MARSHALL | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |

| 4,779,745 | RUBBLE | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
|---|---|---|
| 4,601,882 | RYDER | For: Toys, games and playthings, namely, dolls and accessories therefor, character figures and character figure play sets, toy figurines in class 028.<br><br>For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on-going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, providing podcasts in the field of children's entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; entertainment services, namely, providing temporary use of non-downloadable interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041. |

6

| 5,218,798 |  | For: Computer software for authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, displaying, storing and organizing text, graphics, images, audio files, video files, electronic games and electronic publications; computer software for use in searching, reviewing, purchasing and downloading electronic games and electronic publications; computer software applications for use in downloading, playing and reviewing audio, text and other digital content in the field of children's entertainment; computer software, namely, apps for mobile phones, smart phones, computers and tablets featuring interactive video games; computer game software; computer game discs, computer game cartridges; pre-recorded audiotapes, videotapes, CDs, and DVDs featuring movies and television programs about fictional characters, educational activities for children, audio books for children about fictional characters, music and instructions for use of toys in class 009.<br><br>For: Paper, cardboard and goods made from these materials, namely, paper goodie bags, cardboard boxes, notebooks, sketchbooks, drawing paper, craft paper, wrapping paper and decorative paper; printed matter, namely, photographs, calendars, diaries, coloring books and sticker books; stationery; books and publications, namely, books, magazines and comic books featuring animation; arts and crafts kits, namely, arts and crafts paint kits and paint sold therewith; children's arts and crafts paper kits and accessories therefor, namely, stickers and marking stamps, fabric and wax sheets with die cut shapes and form molds for creating and decorating; arts and crafts kits containing pens, pencils, crayons, |
|---|---|---|

markers, notebooks and sketchbooks, wrapping paper, decorative paper, stickers, glue, tape, stencils, paint brushes, drawing templates and rulers in class 016.

For: Umbrellas; luggage tags; tote bags; carry-all bags; lunch bags of nylon and canvas; backpacks; rucksacks; school bags; fanny packs; messenger bags; handbags; wallets and purses; athletic bags; travel bags; knapsacks; change purses; duffle bags; beach bags in class 018.

For: Clothing, namely, children's clothing in the nature of shorts, t-shirts, sweaters, dresses, skirts and pants, play clothing, namely, costumes for use in children's dress up play, loungewear, sleepwear and undergarments; footwear, namely, children's footwear; headgear, namely, hats, caps, head bands and earmuffs in class 025.

For: Toys, games and playthings, namely, dolls and accessories therefor, action figures, action figure play sets, character figures and toy animal figures, character figure and toy animal figure play sets, toy figurines, toy pets and accessories therefor, plush toys, toy vehicles, children's multiple activity toys, children's multiple activity toys featuring interactive activities and digital applications, toy building sets, educational toys, ride-on toys, construction toys, parlour games, puzzles, role-playing games, card games, board games, interactive board games, action skill games, action target games, electronic hand-held games for use with external display screen or monitor and electronic action toys in class 028.

|  |  |  | For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on-going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, providing podcasts in the field of children's entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; entertainment services, namely, providing temporary use of non-downloadable interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041. |
|---|---|---|---|

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Spin Master has presented specific facts in the Declaration of Chris Harrs [17], paragraphs 29-34, and the Declaration of Justin R. Gaudio [16], paragraphs 5-7, in support of the Motion for Temporary Restraining Order and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the

absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to offshore accounts. As other courts have recognized, proceedings against those who deliberately traffic in counterfeit merchandise are often useless if notice is given to the adverse party. Accordingly, this Court orders that:

1.  Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a.  using the PAW PATROL Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PAW Patrol product or not authorized by Spin Master to be sold in connection with the PAW PATROL Trademarks;

    b.  reproducing, distributing copies of, making derivative works of, or publicly displaying the PAW Patrol Copyrighted Designs in any manner without the express authorization of Spin Master;

    c.  passing off, inducing, or enabling others to sell or pass off any product as a genuine PAW Patrol product or any other product produced by Spin Master, that is not Spin Master's or not produced under the authorization, control or supervision of Spin Master and approved by Spin Master for sale under the PAW PATROL Trademarks and/or the PAW Patrol Copyrighted Designs;

    d.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Spin Master, or are sponsored by, approved by, or otherwise connected with Spin Master;

10

e.  further infringing the PAW PATROL Trademarks and/or the PAW Patrol Copyrighted Designs and damaging Spin Master's goodwill; and

f.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Spin Master, nor authorized by Spin Master to be sold or offered for sale, and which bear any of Spin Master's trademarks, including the PAW PATROL Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the PAW Patrol Copyrighted Designs.

2.  Upon Spin Master's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Defendant's Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, (collectively, the "Third Party Providers") shall, within three (3) business days after receipt of such notice, provide to Spin Master expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a.  the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

11

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal), Alipay, Wish.com, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Spin Master's request, those with notice of the injunction, including Third Party Providers as defined in Paragraph 2, shall, within three (3) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the PAW PATROL Trademarks and/or which bear the PAW Patrol Copyrighted Designs.

4. Defendants shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, shall, within three (3) business days of receipt of this Order:

a. locate all accounts and funds connected to Defendant's Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 4 to the Declaration of Chris Harrs, and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

12

6.  Spin Master is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a.  the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their Online Marketplaces.

    Spin Master is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7.  Spin Master's Schedule A to the Complaint [8], Exhibit 4 to the Declaration of Chris Harrs [18], and this Order shall remain sealed until further ordered by this Court.

8.  Spin Master shall deposit with the Court ten thousand dollars ($10,000.00), either cash or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

9.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10. This Temporary Restraining Order without notice is entered at 9:48 A.M. on this 5th day of February 2020 and shall remain in effect for fourteen (14) days.

11. A preliminary injunction hearing is set for February 19, 2020, at 9:30 a.m.

Joan B. Gottschall
United States District Judge

14

**Spin Master Ltd. and Spin Master, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-00628**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | California Pineapple Toy Store | 2 | Children Toy Store |
| 3 | lucky good friend store | 4 | Shenzhen ideaway Technoloy Store |
| 5 | YOTOO TOY Store | 6 | A sour grape Store |
| 7 | Children's Growth Garden Store | 8 | Children's World Toy Store |
| 9 | ChinaCreative Store | 10 | Cyful Store |
| 11 | Different happiness Store | 12 | ESSENSON TOY Store |
| 13 | Happiness creativity Store | 14 | HG Toy Store |
| 15 | joytoy Store | 16 | Lebrons Store |
| 17 | Lemons Sugars Toy Store | 18 | LY integrity Store Store |
| 19 | moyao toy store | 20 | Nine fingers Store |
| 21 | patrol dogs Store | 22 | Peppa Patrol Store |
| 23 | Real POP Store | 24 | Shop3875026 Store |
| 25 | Shop4632005 Store | 26 | Shop5015232 Store |
| 27 | shop5050162 store | 28 | Shop5119103 Store |
| 29 | Shop5260084 Store | 30 | STARS CHASING THE SUN Store |
| 31 | superCassiopeia Store | 32 | SuperGaren Store |
| 33 | Toysisland Hobbies Store | 34 | Vip Gift For children Store |
| 35 | yoyiChyan Store | 36 | Grandpa Abe's Card & Gift |
| 37 | brown.eyes11 | 38 | good4you.direct |
| 39 | hingdu94-au | 40 | imall4vip |
| 41 | jiayao188 | 42 | jinjing2016shop_4 |
| 43 | laurel.h | 44 | mobilecube2018 |
| 45 | onson_flagship_store | 46 | vanzon_flagship_store |
| 47 | wzstoy-1 | 48 | wzstoy-2 |
| 49 | xiangd81 | 50 | youngandrich-1314 |
| 51 | yzl_8_yzl_8 | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/3510068 | 2 | aliexpress.com/store/5095109 |
| 3 | aliexpress.com/store/900180004 | 4 | aliexpress.com/store/3666082 |
| 5 | aliexpress.com/store/3057015 | 6 | aliexpress.com/store/5124202 |
| 7 | aliexpress.com/store/4969008 | 8 | aliexpress.com/store/5026045 |
| 9 | aliexpress.com/store/4376109 | 10 | aliexpress.com/store/2343156 |

15

| No. | Online Marketplaces | No. | Online Marketplaces |
|-----|---------------------|-----|---------------------|
| 11 | aliexpress.com/store/5256102 | 12 | aliexpress.com/store/4836208 |
| 13 | aliexpress.com/store/5380091 | 14 | aliexpress.com/store/5250257 |
| 15 | aliexpress.com/store/4985020 | 16 | aliexpress.com/store/5045331 |
| 17 | aliexpress.com/store/5004491 | 18 | aliexpress.com/store/5037038 |
| 19 | aliexpress.com/store/5261123 | 20 | aliexpress.com/store/5229050 |
| 21 | aliexpress.com/store/4988381 | 22 | aliexpress.com/store/4763019 |
| 23 | aliexpress.com/store/5003227 | 24 | aliexpress.com/store/3875026 |
| 25 | aliexpress.com/store/4632005 | 26 | aliexpress.com/store/5015232 |
| 27 | aliexpress.com/store/5050162 | 28 | aliexpress.com/store/5119103 |
| 29 | aliexpress.com/store/5260084 | 30 | aliexpress.com/store/5079334 |
| 31 | aliexpress.com/store/5235012 | 32 | aliexpress.com/store/5375093 |
| 33 | aliexpress.com/store/5079502 | 34 | aliexpress.com/store/5023129 |
| 35 | aliexpress.com/store/5018098 | 36 | amazon.com/sp?seller=A26ODOSBYVJBZ |
| 37 | ebay.com/usr/brown.eyes11 | 38 | ebay.com/usr/good4you.direct |
| 39 | ebay.com/usr/hingdu94-au | 40 | ebay.com/usr/imall4vip |
| 41 | ebay.com/usr/jiayao188 | 42 | ebay.com/usr/jinjing2016shop_4 |
| 43 | ebay.com/usr/laurel.h | 44 | ebay.com/usr/mobilecube2018 |
| 45 | ebay.com/usr/onson_flagship_store | 46 | ebay.com/usr/vanzon_flagship_store |
| 47 | ebay.com/usr/wzstoy-1 | 48 | ebay.com/usr/wzstoy-2 |
| 49 | ebay.com/usr/xiangd81 | 50 | ebay.com/usr/youngandrich-1314 |
| 51 | ebay.com/usr/yzl_8_yzl_8 | | |