# Exhibit 3

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
    EYE SAFETY SYSTEMS, INC.,         )
 4                                    )
                      Plaintiff,      )
 5                                    )
    -vs-                              )  Case No. 19 C 0098
 6                                    )
    SHENZHEN VAKIND TECHNOLOGY        )
 7  CO., LTD.,                        )  Chicago, Illinois
                                      )  January 23, 2019
 8                    Defendant.      )  9:15 a.m.

 9

10                  TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE GARY FEINERMAN
11

12  APPEARANCES:

13  For the Plaintiff:     GREER, BURNS & CRAIN, LTD.
                           BY:  MS. ALLYSON M. MARTIN
14                         300 South Wacker Drive
                           25th Floor
15                         Chicago, Illinois  60606
                           (312) 360-0080
16

17

18

19

20

21
    Court Reporter:
22
                    CHARLES R. ZANDI, CSR, RPR, FCRR
23                       Official Court Reporter
                       United States District Court
24              219 South Dearborn Street, Room 2128
                        Chicago, Illinois  60604
25                   Telephone:  (312) 435-5387
                email:  Charles_zandi@ilnd.uscourts.gov
```

1    (Proceedings heard in open court:)
2         THE CLERK:  19 C 98, Eye Safety Systems versus
3    Shenzhen Technology.
4         MS. MARTIN:  Good morning.  Allyson Martin on behalf
5    of the plaintiff.
6         THE COURT:  Good morning.  So, we're here on your
7    continued motion for entry of an order directing service of
8    process abroad by means other than the Hague Convention.  I
9    entered and continued the motion because I wasn't sure how
10   hard it was to do the Hague Convention and, therefore, whether
11   it was appropriate to allow the plaintiff to serve via means
12   other than the Hague Convention.
13        The plaintiff's supplemental brief presented argument
14   and an affidavit suggesting that the Hague Convention in China
15   takes one to two years.  This is a trademark infringement
16   case; and the harm in a trademark infringement case
17   accumulates day by day, week by week, month by month.  And to
18   require the plaintiff to wait the one to two years it would
19   take for the Hague Convention process to play out in China
20   wouldn't be fair under these circumstances.
21        So, I'm going to grant the motion to serve pursuant
22   to Rule 4(f)(3).
23        You had proposed e-mail, and e-mail is fine; but I'm
24   also going to ask that you serve by -- serve the physical
25   address by Fed Ex or UPS or whatever.  Don't send it U.S. Mail

1 because we don't know whether it will hit.  Don't send it by
2 certified mail because they're not going to return the card.
3 If you send it by Fed Ex or UPS or some other service that --
4 where you can go online and see whether there's been a
5 delivery.
6      MS. MARTIN:  Okay.  We can do that.  We'll send it by
7 Fed Ex probably.
8      THE COURT:  And how long do you think this process is
9 going to -- well, you're going to serve them.  They're going
10 to have -- they're foreign, so they have how many days to --
11      MS. MARTIN:  Off the top of my head, I don't know.
12      THE COURT:  I think if we come back in two months.
13      MS. MARTIN:  Okay.
14      THE COURT:  Let's do that.
15      MS. MARTIN:  All right.
16      THE CLERK:  How about we set you for March 21st.
17      MS. MARTIN:  That would work.
18      THE CLERK:  9:00 a.m.
19      MS. MARTIN:  Thank you.
20      THE COURT:  Thanks.
21   (Which were all the proceedings heard.)

CERTIFICATE

22   I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.
23
24 */s/Charles R. Zandi*                *January 30, 2019*
_____         _____
Charles R. Zandi                 Date
25 Official Court Reporter